# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2524

_____

Duane L. Ivester,               *
                                  *

        Appellant,      *
                                  *

    v.                  *
                                  *

Jesse Calvin Lee; United States of   *
America; Drug Enforcement Agency;  *
Ironton City Police Department; Joseph  *
Wilson, Chief of Police, Ironton Police  *
Department; John Rueweler, Patrolman,  *  Appeal from the United States
Ironton Police Department; Victor  *  District Court for the
Wilfong, Patrolman, Ironton Police  *  Eastern District of Missouri.
Department; Johnny Matthews,  *     [UNPUBLISHED]
Patrolman, Ironton Police Department;  *
Charles Helton, Patrolman, Ironton  *
Police Department; Iron County  *
Sheriff's Department, in Official and  *
Individual Capacity,  *
                                  *

        Appellees.     *

_____

Submitted: December 2, 1998
Filed: January 4, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Duane L. Ivester appeals from the district court's[1] adverse grant of summary judgment, and also from the denial of his motion for reconsideration, in his civil suit alleging an invalid forfeiture and Fourth Amendment violations.  After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.  The motion to strike Ivester's reply brief is denied as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.